

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2019

No. 04-19-00217-CV

**IN RE A.C., A.C. III, AND S.P.A.C.**,
Appellant

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00580
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

       This is an accelerated appeal from the trial court's order terminating appellant's parental rights. Appellant's court-appointed appellate counsel has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), asserting there is no meritorious issue to raise on appeal. Counsel states appellant has been provided copies of the brief and motion to withdraw and informed of the right to review the record and file a pro se brief. *See id.*; *Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio, July 23, 1997, no pet.). Appellant may obtain a copy of the appellate record by filing a request for the record, not later than seven days after receiving this order, with the clerk of this court.

       If appellant desires to file a pro se brief, we order the brief due **June 17, 2019**. The State has filed a notice waiving its right to file a brief in this case unless appellant files a pro se brief.

       We further **order** the clerk of this court to serve a copy of this order on appellant and all counsel.

_____
Luz Elena D. Chapa, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2019.



Keith E. Hottle,
Clerk of Court